Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of FLORIDA
FORT MYERS Division

Case No. 2:23-cv-00035-JLB-KCD
*(to be filled in by the Clerk's Office)*

ANDREW BRYANT SHEETS

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)*  ☒ Yes  ☐ No

-v-

JUDGE PETER BELL

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 8

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ANDREW BRYANT SHEETS |
| Address | 11408 PEPPERDINE ST |
| City | PUNTA GORDA |
| State | FL |
| Zip Code | 33955 |
| County | CHARLOTTE |
| Telephone Number | 941-916-2259 |
| E-Mail Address | federallawsuit4freespeech@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | PETER BELL |
| Job or Title *(if known)* | CHARLOTTE COUNTY JUDGE |
| Address | 350 EAST MARION AVENUE |
| City | PUNTA GORDA |
| State | FL |
| Zip Code | 33955 |
| County | CHARLOTTE |
| Telephone Number | 941-637-2291 |
| E-Mail Address *(if known)* | VDelleDonne@CA.CJIS20.ORG |

☒ Individual capacity     ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| City | |
| State | |
| Zip Code | |
| County | |
| Telephone Number | |

E-Mail Address *(if known)* _____

☐ Individual capacity   ☐ Official capacity

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____City_____  _____State_____  _____Zip Code_____
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____City_____  _____State_____  _____Zip Code_____
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

FIRST,SECOND,FOURTH,FOURTEENTH AMENDMENTS RIGHTS AND CONSPIRACY,DEPRIVATION OF RIGHTS UNDER COLOR OF LAW,MALICIOUS PROSECUTION

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

THE DEFENDANT WAS,AT ALL TIMES MATERIAL,AN EMPLOYED,CHARLOTTE COUNTY JUDGE ENFORCING THE LAWS OF THE STATE OF FLORIDA,AND IDENTIFIED AS SUCH.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

CHARLOTTE COUNTY,FL

B. What date and approximate time did the events giving rise to your claim(s) occur?

7/22/2021 7:46AM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

SEE ATTACHED "STATEMENT OF FACTS AND CLAIMS" AND PLAINTIFFS AFFIDAVIT

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

the defendant subjected the plaintiff to the crushing weight and burden of the criminal-justice system everyday for seventeen months, the length of time between when the plaintiff was arrested and is still being prosecuted,we are in the appeal process as we speak.
the defendant then tried to jail pliantiff and violate plaintiffs bond for not being at a calender call witch plaintiff did not by law have to be there and plaintiff lawyer was there.
the plaintiff asked the defendant for motion to dismiss three and was denied every single time.
the the defendant knowingly found plaintiff guilty of free speech on a public sidewalk.defendant then told the paintiff you cant have free speech there but you can any where else,defendant then told the plaintiff i want you to think about those bad words when you are doing youre community service.then put him on probation for 1 yr,fined him $215 and gave him 100 hrs of community service and took his guns for a misdemeanor offense.
defendant then had plaintiff arrested again three days later for free speech again . then plaintiff asked for a bond and the defendant used an illegal law denying a bond.plaintiff then had a hearing to get the bond anyways and then finally the defendant gave a bond but said you could not use it until 30 days later. plaintiff then ask the defendant in a habeas corpus how can you do this, this is ilegal. the defendant then asked the state attorneys office what say you ,they told the defendant you cannot do this there is no case law and the defendant said i will do what i want.
the plaintiff finally got out thirty days later and is now in fear every single day of ilegaly being violated for probation again and loseing his car to the bond.
the defendant then made a plea offer that if the plaintiff stayed off the internet and did not post any more storys of police,court and government corruption he would not jail the plaintiff for vop violation.the plaintiff is independent reporter for ten years.plaintiff declined the offer.
plaintiff then filed a complaint with the judicial qualifying comitee of the defendants' ilegal acts of violating the constitution.then the plaintiff filed a motion to recuse the defendant because plaintiff was in fear of retaliation from the defendant for fileing the complaint.the defendant was not supposed to hear this and did the hearing any ways and denied it.the plaintiff is now waiting to go to trial on the vop violation.
the defendant subjected the plaintiff to the daily dread and horror of facing the possibility of another arest at any time and jailing again with out bond and the possibilty of plaintiff looseing his car to the bond.and looseing more time away from plaintiffs family,friends,church and looseing more business from the plaintiffs home cleaning company.
plaintiff also in fear every single day because the defendant thru the probation officer stripped him of his guns and any thing that can be used as self defense ,including pepper spray, because the defendant and probation officer said im a threat to the building where plaintiff protested abortion.plaintiff informed them he has been asaulted 8 times and none were charged and has multiple stalkers for plaintiffs beliefs and causes.defendant and probation officer have also stripped plaintiffs wife from any forms of self defense includeing pepper spray.
defendant has caused plaintiff to spend twenty one thousand dollars so far in court fees and fines,community srrvice,lawyers and bonds.the plaintiff asked the defendant motion to dismiss a total of four times thru out this seventeen months and was denied every single time.
the defendant caused the plaintiff to be deprived of free speech and has taken away his firearms and [any] form of self protection.defendant tried to destroy his family and lively hood for 30 days.
the defendants caused the plaintiff loss of dignity, loss of privacy, and loss of status, caused the plaintiff to be subjected to mental and emotional anguish, and caused the plaintiff to be subjected to fear and anxiety, regarding each claim against the defendant..

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

PUNITIVE DAMAGES IN THE AMOUNT OF $30,000,000 REGARDING EACH CLAIM AGAINST EACH DEFENDANT.
COSTS OF LITIGATION.
ALL FURTHER EQUITABLE RELIEF.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/18/2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Andrew Bryant Sheets

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

| | |
|---|---|
| Name of Law Firm | _____ |
| Address | _____ |
| | _____   _____   _____ |
| | *City*                          *State*        *Zip Code* |
| Telephone Number | _____ |
| E-mail Address | _____ |