UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW B SHEETS,

    Plaintiff,

v.                                        Case No.:  2:23-cv-35-JLB-KCD

PETER BELL,

    Defendant.
_____/

## ORDER

Before the Court is *pro se* Plaintiff Andrew Sheets' Consent by Pro Se Litigant (Non-Prisoner) to Receive Notices of Electronic Filings. (Doc. 8.) In his motion, Sheets requests that he be allowed to receive "electronic notification of orders, notices, and other documents that are filed in [his] case." (*Id.* at 1.)

To the extent Sheets is seeking to use the Court's electronic filing system (CM/ECF), his request is denied. Pursuant to this District's administrative procedures, a pro se litigant ordinarily must file all pleadings and documents in paper format through the Clerk's office. While an unrepresented individual may obtain the Court's permission to file submissions electronically using the CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances. *See McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011)

(affirming denial of pro se plaintiff's access to CM/ECF because he did not show good cause). Sheets has not demonstrated good cause or any other justification to warrant affording him electronic filing privileges.

To the extent Sheets is requesting that he be added to the Court's electronic service list, his request is also denied. As a *pro se* litigant, Sheets receives paper copies of all pleadings and orders in his case. If he would like electronic copies of the same, Sheets can obtain a PACER Case Search Only Account. Further instructions on this process can be found on the Court's website: https://www.flmd.uscourts.gov/cmecf. At this juncture, Sheets has not provided any justification for departing from the Court's procedures and using electronic service.

Accordingly, Plaintiff Andrew Sheets' Consent by Pro Se Litigant (Non-Prisoner) to Receive Notices of Electronic Filings (Doc. 8) is **DENIED WITHOUT PREJUDICE**.

**ORDERED** in Fort Myers, Florida this January 31, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record