UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW B. SHEETS,

    Plaintiff,

vs.                                Case No. 2:23-cv-35-JLB-KCD

PETER BELL,

    Defendant.
_____/

**NOTICE OF A RELATED ACTION OF PLAINTIFF ANDREW B SHEETS**

In accordance with Local Rule 1.07(c), I certify that the above-captioned case:

    *IS* related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as follows:

*State of Florida v. Andrew B. Sheets*; Twentieth Judicial Circuit Court, Charlotte County, Florida Case No.: 21-1041-M

                                Respectfully Submitted,

                                **ASHLEY MOODY**
                                **ATTORNEY GENERAL**

                                /s/ Jessica Schwieterman
                                Jessica Schwieterman
                                Assistant Attorney General
                                Florida Bar No. 116460
                                Office of the Attorney General
                                3507 E. Frontage Road, Suite 150
                                Tampa, FL 33607
                                T - (813) 233-2880; F - (813) 281-1859
                                Jessica.Schwieterman@myfloridalegal.com
                                Victoria.Lingua@myfloridalegal.com
                                Alicia.Wooten@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of March, 2023, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I further certify that the foregoing is being served this day via First-Class U.S. Mail to: Plaintiff, *pro se*, Andrew Bryant Sheets, 11408 Pepperdine Street, Punta Gorda, Florida 33955.

/s/ Jessica Schwieterman
Jessica Schwieterman
Assistant Attorney General