UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW BRYANT SHEETS, Plaintiff,

vs.

                                                  case No. 2:23-cv-00035-JLB-KCD

JUDGE PETER BELL, Defendant,

**PLAINTIFF'S MOTION TO QUASH**

Plaintiff moves the court to Grant my motion to quash, pictured below, and as grounds therefore would show:

1. Plaintiff believes that the defendant bell is working with Charlotte county judge gentile search warrant id #59374 to violate my VOP once again by moving the date and possibly rearresting me on a VOP violation without bond again, violating the 8th Amendment. Charlotte county judge gentile signed the warrant on 3/13/2023 at 11:43 a.m. ,the defendant made an order to continue VOP hearing on 3/13/2023 at 2:03 p.m. the plaintiff's hearing for VOP was supposed to be on 3/31/2023 at 1:30 p.m. and would have been finished.

2. This search warrant id #59374 is violating the plaintiffs Fourth amendment and the right to attorney-client privilege since this email is used to discuss his cases with his   lawyers.

3. plaintiff believe there's an illegal search warrant or wiretap on plaintiff's cell phone, computer and devices. plaintiff is not a drug dealer and only believes in free speech and free press which should not give them the right to violate plaintiffs' constitutional rights.

4. plaintiff ask for a motion to quash any subpoena issued by any law enforcement agency including but not limited to any social media and broad cast platform, and any phone provider.

5. Plaintiff also believes this is a violation of Florida slap suit, Florida Statute 768.295 ,any cause of action to try to prevent 1st amendment, free speech and free press.

6. defendant also believes judge gentile is violating conflict of interest ,he is involved in defendants appeal to get my lawyers paid for there work on the free speech appeal case. Charlotte county court fl Case Number:23000019AP

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA

## SEARCH WARRANT

AGENCY NUMBER: FM-40-0003

SUSPECT NAME: Andrew Bryant Sheets
RACE: White
SEX: Male
DATE OF BIRTH: 04/14/1965
HEIGHT: 5'7"
LAST KNOWN ADDRESS: 11408 Pepperdine Street Punta Gorda FL 33955
DRIVER'S LICENSE NO.: S320-002-65-134-0
DRIVER'S LICENSE STATE: FL
SOCIAL SECURITY NUMBER: 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

**THIS WARRANT IS ISSUED PURSUANT TO FLORIDA STATUTE S. 92.605. A RESPONSE IS DUE WITHIN 20 BUSINESS DAYS OF RECEIPT OF THIS WARRANT UNLESS A LONGER TIME PERIOD IS STATED HEREIN.**

Honorable Geoffrey Henry Gentile, Judge of the Twentieth Judicial Circuit, in and for Charlotte County, State of Florida, received via electronic transmission pursuant to section 933.07, Florida Statutes, from Special Agent David Staley, of the FDLE Investigations - LEE, who being first duly sworn, deposes and says that this Affiant has probable cause to believe that the laws of the State of Florida are being violated to wit:

The laws prohibiting Interception and Disclosure of Wire, Oral, or Electronic Communication, controlled by 934.03, of the Florida State Statutes.

### Property to be seized

That the Affiant has probable cause to believe and does believe that the property connected with the above listed crime(s) is currently being contained, stored or concealed within the following location:

Yahoo Inc.
Custodian of Records
1199 Coleman Avenue
San Jose CA 95110
Attn: Custodian of Records

Property to be seized: Records and data associated with subscriber account under the name Andrew Sheets with an email domain of andrewbsheets@yahoo.com for the date of August 4, 2022, to include:

Enforcement Officers, with the proper and necessary assistance, are hereby commanded to seize and search the above described location, all curtilage described above, any vehicles thereon, and any person(s) therein believed to be involved in illegal activity, in the daytime or nighttime or Sunday, as the exigencies of the occasion may demand or require. You are further commanded to give a receipt of the property seized and complete copy of this warrant to the person in control of the location, or in the absence of such person, leave a receipt of the property seized and complete copy of this warrant where the items were found. You are further commanded to return a written copy of the inventory of the property and receipt for the same specifying the property in detail within (10) days of the date hereof to the Court.

DONE AND ORDERED this 13th day of March, 2023 at Charlotte County, Florida.

/s/ Geoffrey Henry Gentile  3/13/2023 11:43 AM
Geoffrey Henry Gentile, Judge
20th Judicial Circuit of Florida

The electronic signature of a judge on a search warrant is valid and enforceable pursuant to Fla. Stat. sections 933.07 and 933.40.

---

Filing # 168594080 E-Filed 03/13/2023 02:03:28 PM

IN THE COUNTY COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
CHARLOTTE COUNTY, FLORIDA                                    CRIMINAL ACTION

STATE OF FLORIDA                      CASE NO: 21-001041MM - (PAB)
vs.                                              (GNS)
ANDREW BRYANT SHEETS

### ORDER TO CONTINUE VOP HEARING

THIS CAUSE having come on to be heard upon the foregoing Stipulation to Continue VOP Hearing and the Court being duly advised in the premises, is hereby

ORDERED AND ADJUDGED that the VOP Hearing of the above captioned case be continued to April 19, 2023 at 3:30 PM.

On behalf of the filer, the following parties have been added for service of electronic copies (unless specified below via mailing address):

Garrick N. Soja, Assistant State Attorney, eService address: eservice@sao20.org

Kevin C. Shirley, Attorney for Defense, eService address: KCSlaw8@gmail.com

**DONE AND ORDERED** in Chambers at Punta Gorda, Charlotte County, Florida on this day affixed to the signature below.

Electronic Service List
State Attorney's Office eService Address <eService@sao20.org>
Kevin C. Shirley <KCSlaw8@gmail.com>

IN THE COUNTY COURT OF THE TWENTIETH JUDICIAL COURT
IN AND FOR CHARLOTTE COUNTY, FLORIDA

STATE OF FLORIDA  
VS  
ANDREW BRYANT SHEETS  
11408 PEPPERDINE ST  
PUNTA GORDA, FL 33955  

Case #:  21001041M  
Bondsman  1ST EXIT BAIL BONDS  
207 WOOD STREET  
PUNTA GORDA, FL 33950  

**AMENDED NOTICE OF COURT DATE**

Attorney:  KEVIN C SHIRLEY ESQ  
126 EAST OLYMPIA AVENUE, SUITE 402  
PUNTA GORDA, FL 33950  

Notice is hereby given that the above Case has been set on the following date for:

**NOTICE OF APPEARANCE FOR:**  **CRIMINAL VOP HEARING**  
Date:  03/31/2023  
Courtroom:  3RD FLOOR CHARLOTTE COUNTY JUSTICE CENTER  
Time:  1:30 pm  
Judge:  PETER A BELL  

Charlotte County Justice Center at 350 East Marion Avenue, Punta Gorda, Florida.  
Shirt and Shoes required. No Shorts or Tank Tops. Please govern yourself accordingly.  
Photo I.D. required.  
All defendants must appear for their scheduled court hearings. If you are not present at this time, your bond posted with this court will be forfeited.  
If you are charged with DUI/DWI and are convicted of this charge, the Judge will suspend or revoke your driver's license. It will be necessary for you to make arrangements for transportation from court.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been furnished to the above and to the office of the State Attorney and to the Guardian Ad Litem, if applicable:  
WITNESS my hand and the seal of said Court on 1st day of March, 2023

Roger D. Eaton  
Clerk of the Circuit Court



## CONCLUSION

For the foregoing reasons, the Court should grant the plaintiffs request for the motion.

ANDREW B SHEETS,PRO SE

ANDREW B SHEETS,PRO SE
11408 PEPPERDINE ST
PUNTA GORDA,FL,33955
941-916-2259
federallawsuit4freespeech@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on the april,3, 2023, I personally delivered the motion to the Clerk of Court . I further certify that the foregoing is being served this day via email and First-Class U.S. Mail to:


Jessica Schwieterman
Assistant Attorney General
Office of the Attorney General
3507 E. Frontage Road, Suite 150
Tampa, FL 33607


ANDREW B SHEETS PRO SE